## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

GARY WALLACE                                                    PLAINTIFF


v.                        NO. 3:26-cv-00087-KGB-PSH


COMMISSIONER OF THE SOCIAL                          DEFENDANT
SECURITY ADMINISTRATION


## ORDER


On March 10, 2026, plaintiff Gary Wallace ("Wallace") filed a complaint pursuant to 42 U.S.C. 405(g) and joined the complaint with the pending motion for leave to proceed in forma pauperis. See Docket Entry 1. He represented in the motion that although he has the typical monthly expenses and supports two children, along with a wife who is employed, he receives monthly retirement benefits in the amount of $5,287.00. It appeared that Wallace has the means to pay the $405.00 filing fee in this case, but before conclusively making that finding, he was given an opportunity to provide additional information the Court might consider in resolving his motion. Thus, he was given up to, and including, April 1, 2026, to submit additional information, or clarification, relevant to his motion.

On March 30, 2026, Wallace filed an affidavit in support of his motion for leave to proceed in forma pauperis. See Docket Entry 4. In the affidavit, he represented the following:

> Plaintiff states that the household income received is plaintiff's Craighead Electric retirement in the amount of $5287 gross each month and his wife's income in the amount of $4000 gross each month.
>
> From this income plaintiff and his wife pay all household expenses as listed on the [Informa] Pauperis Application. They also support a daughter who is currently attending college.

See Docket Entry 4 at CM/ECF 1.

Having thoroughly reviewed Wallace's motion and affidavit, the Court finds that he has the means to pay the $405.00 filing fee. His motion to proceed in forma pauperis is therefore denied. See Docket Entry 1.

Wallace is given up to, and including, May 6, 2026, to pay the $405.00 filing fee. In the event he fails to pay the filing fee by the close of business on May 6, 2026, the Court will recommend that this case be dismissed without prejudice.

IT IS SO ORDERED this 10th day of April, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

2