**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**GARY SHANE WALLACE** **PLAINTIFF**

**v.** **NO. 3:26-cv-00087-PSH**

**FRANK BISIGNANO, Commissioner of the Social Security Administration** **DEFENDANT**

# JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for plaintiff Gary Shane Wallace.

IT IS SO ORDERED this 18th day of November, 2026.

UNITED STATES MAGISTRATE JUDGE